PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ALI MOSHIR, | ) | |
| | ) | CASE NO. 4:17CV1545 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NEOCC, *et al.*, | ) | |
| | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendants. | ) | **ORDER** |

This case has been transferred from the United States District Court for the Western

District of New York. *See* Decision and Order (ECF No. 2). *Pro Se* Plaintiff Ali Moshir, an

inmate at the Northeast Ohio Correctional Center ("NEOCC") at the time he filed this *in forma*

*pauperis* civil rights action against Defendants NEOCC, Corrections Corporation of America

("CCA")/Core Civic, Captain Dragovich, the United States Marshals Service, the federal

government, the State of Ohio, Mahoning County, Ohio, and Warden, alleges (ECF No. 1) that

Defendant Captain Dragovich assembled false statements and a false report, in which he then

used as basis to place Plaintiff in a segregated unit at NEOCC.  ECF No. 1 at PageID#: 5.

Plaintiff seeks one hundred and fifty million dollars in damages.  *Id.*

Plaintiff may not proceed *in forma pauperis* because he has already accumulated three

strikes pursuant to 28 U.S.C. § 1915(g)[1], and his Complaint does not demonstrate that he is or was at the time he filed his Complaint in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g) (prohibiting a prisoner who has accumulated three or more strikes under the statute from bringing any civil action *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury").

Accordingly, Plaintiff's application to proceed *in forma pauperis* is denied, and this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). If Plaintiff wishes to proceed with this case, he must pay the full filing fee of $400 and file a motion to re-open. The Clerk's Office is directed not to accept a motion to re-open, or any additional documents for filing in this case, unless the filing fee is paid in full.

The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

  November 22, 2017            */s/ Benita Y. Pearson*
Date                          Benita Y. Pearson
                              United States District Judge

---

[1] *See Moshir v. NEOCC, et al.*, Case No. 4:17CV1106 (N.D. Ohio Aug. 31, 2017)(Pearson, J.); *Moshir v. Valentine, et al.*, Case No. 4:17CV1459 (N.D. Ohio Aug. 31, 2017) (Pearson, J.); *Moshir v. NEOCC, et al.*, Case No. 4:17CV1480 (N.D. Ohio Oct. 13, 2017) (Pearson, J.).